IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST FROM ARGENTINA IN THE MATTER OF BANK ONE | ) ) ) ) ) Misc. No. 06- |

### APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Argentinian authorities.

                                                    COLM F. CONNOLLY
                                                    United States Attorney

                                     By: /s/ Richard G. Andrews
                                          Richard G. Andrews
                                          Assistant U.S. Attorney
                                          Delaware Bar I.D. No.2199
                                          1007 N. Orange Street
                                          Wilmington, DE   19801
Dated: 1/3/06                        (302) 573-6277